AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 3:15mj-513 | 12/1/2015, 11:15 AM | Postmaster |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

Parcel contained approximately 6 pounds 8.4 ounces of a green leafy substance that field tested positive for Marijuana.

FILED
RICHARD W. NAGEL
CLERK OF COURT
2015 DEC -2 AM 11:13
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WESTERN DIV DAYTON

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____12/1/2015_____

*S M Donough*
Executing officer's signature

S. McDonough, Postal Inspector
Printed name and title